UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DENNIS R. HALLEN,

Plaintiff,

v.

BROCK WHITE COMPANY, LLC and
ARNIE ROBLES,

Defendants.

CIVIL NO. 01-1832 (RHK)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: October 29, 2001

JOHN M. MASON
United States Magistrate Judge

Filed OCT 29 2001
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Dennis R. Hallen

vs. 01-1832RHK/SRN

Brock White Company, et al

Pursuant to an Order of Recusal signed by Magistrate Judge John M. Mason, the above-entitled matter has been reassigned to Magistrate Judge Susan R. Nelson. Please note the change in the judge's initials above and refer to them when submitting documents to the court. The file number remains the same.