UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DENNIS R. HALLEN

Plaintiff,

vs CV 01-1832 RHK/SRN

BROCK WHITE COMPANY, LLC
ARNIE ROBLES

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 15, 2002

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

APR 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK